**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

**DOXA TOTAL DESIGN STRATEGY, INC.**                                      **PLAINTIFF**

v.                                        4:10-CV-00717-WRW

**DOXA ENTERPRISES, INC.**                                                **DEFENDANT**

## ORDER

Defendant's Motion for Mr. Mark Boardman to Appear *Pro Hac Vice* (Doc. No. 4) is GRANTED. However, by 5 p.m., Tuesday, August 17, 2010, Mr. Boardman must register for CM-ECF in the Eastern District of Arkansas, and must comply with Local Rule 83.5(d), which reads, in part:

> The application shall designate a member of the Bar of these Courts who maintains an office in Arkansas for the practice of law with whom the court and opposing counsel may readily communicate regarding the conduct of the case. There shall also be filed with such application the address and telephone number of the named designee.[1]

Failure to comply with either of these requirements may result in removal from the case.

The Clerk of the Court is directed to send Mr. Boardman a CM-ECF registration form.

IT IS SO ORDERED this 3rd day of August, 2010.

/s/ Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE

---

[1] Available at: http://www.ared.circ8.dcn/LocalRules/LR83-5.pdf